UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

T-REX PROPERTY AB,

        Plaintiff,

  v.

BARCO, INC.,

        Defendant.

Civil Action No.: 16-cv-6938

**JURY TRIAL DEMANDED**

**AGREED SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff T-Rex Property AB, by and through its attorneys, SpencePC, pursuant to Federal Rules of Civil Procedure 6(b) and 12(a), moves this Court for a second extension of time for Defendant Barco, Inc. to respond to Plaintiff's Complaint in this action. Defendant Barco, Inc. has agreed to this Motion. In support of this Motion, Plaintiff states as follows:

1. On July 1, 2016, Plaintiff filed its Complaint in this action.

2. On August 4, 2016, Defendant was served with Plaintiff's Complaint, making its answer due on August 25, 2016.

3. On August 17, 2016, the parties filed a motion to extend Defendant's time to answer or otherwise respond to the Complaint to September 26, 2016.

4. On August 18, 2016, the Court granted said motion.

5. On September 23, 2016, Plaintiff's counsel and Defendant's counsel conferred and agreed, subject to the Court's approval, to extend Defendant's time to answer or otherwise respond to the Complaint to October 17, 2016.

6. The parties agree that an extension will permit them to negotiate settlement while conserving judicial resources.

Accordingly, Plaintiff requests that the Court enter an order extending Defendant's time to answer or otherwise respond to Plaintiff's Complaint to October 17, 2016.


Dated: September 26, 2016          Respectfully submitted,


    /s/ William Cory Spence_____
William Cory Spence
SpencePC
405 N. Wabash Ave., Ste. P2E
Chicago, IL 60611
Tel: (312) 404-8882
william.spence@spencepc.com

*Counsel for Plaintiff*
*T-Rex Property AB*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

          /s/ William Cory Spence
          William Cory Spence