## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

T-REX PROPERTY AB,

                Plaintiff,

     v.

BARCO, INC.

              Defendant.

Civil Action No.:  16-cv-6938

**JURY TRIAL DEMANDED**

## NOTICE OF SECOND AGREED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that on Thursday, October 6, 2016, at 9:45 a.m., or as soon thereafter as counsel may be heard, the parties shall appear before the Honorable John Robert Blakey, Room 1725 of the United States District Court, 219 South Dearborn, Chicago, Illinois, and then and there present their Agreed Second Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, a copy of which has been filed herewith.

Dated:  September 26, 2016                                Respectfully submitted,


                                                         /s/_William Cory Spence_____
                                                         William Cory Spence
                                                         SpencePC
                                                         405 N. Wabash Ave., Ste. P2E
                                                         Chicago, Illinois 60611
                                                         Tel: (312) 404-8882
                                                         william.spence@spencepc.com

                                                         *Counsel for Plaintiff*
                                                         *T-Rex Property AB*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

/s/ William Cory Spence
William Cory Spence
