UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

T−Rex Property AB

                        Plaintiff,

v.                                                 Case No.: 1:16−cv−06938
                                                   Honorable John Robert Blakey

Barco, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 29, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Defendant's agreed second motion for extension of time to respond to Plaintiff's complaint [12] is granted. Defendant's answer or other responsive pleading shall be filed on or before 10/17/2016. Initial status hearing previously set for 10/6/2016 is reset for 11/3/2016 at 9:00 a.m. in Courtroom 1725. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.