**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

T−Rex Property AB

                      Plaintiff,

v.                                             Case No.: 1:16−cv−06938
                                                  Honorable John Robert Blakey

Barco, Inc.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 16, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 11/16/2016. Defendant's motion to dismiss [18] is denied as moot. Any answer or other responsive pleading shall be filed on or before 12/7/2016. Status hearing set for 12/7/2016 at 10:00 a.m. in Courtroom 1725. Parties should meet and confer and be prepared to set a discovery schedule at the next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.