# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

T-REX PROPERTY AB,

        Plaintiff,

    v.

BARCO, INC.,

        Defendant.

Case No.: 1:16-cv-06938

Judge John Robert Blakey

## PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS

Pursuant to Local Patent Rule ("LPR") 2.2, Plaintiff T-Rex Property AB ("T-Rex") provides its Initial Infringement Contentions against Barco, Inc. ("Barco").

These contentions are based on information reasonably available to T-Rex as this time, and T-Rex's investigation and discovery is on going. Because there has been no claim construction in this case and the infringement of the asserted claims will likely be the subject of expert testimony, these contentions are preliminary only and may be later supplemented, modified, clarified, and expounded upon by T-Rex and T-Rex's expert witnesses. T-Rex incorporates herein its Amended Complaint which identifies the presently asserted claims and accused instrumentalities, among other things.

## I.   IDENTIFICATION OF INFRINGED CLAIMS PURSUANT TO LOCAL PATENT RULE 2.2(A)

T-Rex presently contends that Barco infringes Claim 25 and Claim 26 of U.S. Patent No. RE39,470 ("the '470 Patent"), Claim 22 and Claim 32 of U.S. Patent No. 7,382,334 ("the '334 Patent"), and Claim 13, Claim 42, and Claim 43 of U.S. Patent No. 6,430,603 ("the '603 Patent") (collectively, the '470 Patent, the '334 Patent, and the '603 Patent referred herein as the "Patents-In-Suit") in violation of 35 U.S.C. § 271(a). These infringement contentions are based on T-Rex's

**CONFIDENTIAL PURSUANT**
**TO PROTECTIVE ORDER**

understanding of the information currently available to T-Rex regarding Barco's Accused Instrumentalities identified below.

## II.    IDENTIFICATION OF ACCUSED INSTRUMENTALITIES PURSUANT TO LOCAL PATENT RULE 2.2(B)

T-Rex presently identifies the following Barco systems and methods as "Accused Instrumentalities" with respect to each of the asserted claims of the Patents-In-Suit:

> Barco's systems and methods, including its digital advertising and services network and platform, for selectively displaying digital information at Barco customer locations since the Patents-In-Suit issued.

This identification is based on a preliminary understanding of information currently available to T-Rex, and T-Rex reserves the right to supplement this identification as discovery proceeds.

## III.    CHART IDENTIFYING CLAIM ELEMENTS WITHIN ACCUSED INSTRUMENTALITIES PURSUANT TO LOCAL PATENT RULE 2.2(C)

T-Rex provides charts, attached as Exhibit A, Exhibit B, and Exhibit C, that identify specifically where each limitation of each asserted claim is found within the Accused Instrumentalities.  Exhibit A identifies where each element of each asserted claim in the '470 Patent is found within the Accused Instrumentalities.  Exhibit B identifies where each element of each asserted claim in the '334 Patent is found within the Accused Instrumentalities.  Exhibit C identifies where each element of each asserted claim in the '603 Patent is found within the Accused Instrumentalities.

The first column of each chart recites the limitations of the asserted claim verbatim. The second column shows an example of where a corresponding element is found in representative proof for each Accused Instrumentalities. These identifications are based on a preliminary understanding of information currently available to T-Rex, and T-Rex reserves the right to supplement these charts as discovery proceeds.

2

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

IV. **LITERAL INFRINGEMENT AND INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS PURSUANT TO LOCAL PATENT RULE 2.2(D)**

T-Rex presently contends that Barco's manufacture, use, offer for sale, and/or sale of the Accused Instrumentalities literally infringe the asserted claims of the Patents-In-Suit. Nevertheless, with respect to any claim element or limitation that may be found not to be literally embodied in the Accused Instrumentalities, T-Rex contends in the alternative that the Accused Instrumentalities embody such claim elements or limitations under the doctrine of equivalents and that any claim element or limitation not found to be literally met is equivalently met because any difference between the claim element or limitation and the Accused Instrumentalities is not a substantial difference.

V. **DIRECT AND INDIRECT INFRINGEMENT PURSUANT TO LOCAL PATENT RULE 2.2(E)**

A. **'470 Patent**

1. **Claim 25**

Barco directly infringes Claim 25 of the '470 Patent by performing all of the steps of the claimed method. To the extent that Barco does not perform each and every step of this method claim at all times, Barco directly infringes Claim 25 by performing certain of the steps of the claimed method and directing and controlling its customers to perform any remaining claimed steps by conditioning use of the Accused Instrumentalities on performance of any remaining steps. For example, Barco's customers may, in certain instances, perform the step of "receiving control instructions from at least one external information mediator." Barco directs and controls its customers to do so by conditioning the receipt of the benefits associated with the Accused Instrumentalities on performance of this step. Barco also establishes the manner and timing of the

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

performance of any remaining steps by at least instructing its customers on how to use the Accused Instrumentalities.

Barco indirectly infringes Claim 25 because it knowingly induces infringement and possesses specific intent to encourage its customers' infringement. At least as of the date of filing of the Complaint, Barco knew of the T-Rex Patents, and has taken active steps to encourages its customers to directly infringe through the use of at least advertisements and instructions on its website. *See, e.g.,* http://www.barco.com/en/support.

### 2.   Claim 26

Barco directly infringes Claim 26 of the '470 Patent when it places the Accused Instrumentalities as a whole into service. To the extent that Barco does not use each and every element of the claimed system in Claim 26 at all times, Barco nonetheless directly infringes Claim 26 because it controls the Accused Instrumentalities as a whole and obtains a benefit from it, for example, via Barco's X20 real-time visual communications platform.

Barco indirectly infringes Claim 26 because it knowingly induces infringement and possesses specific intent to encourage its customers' infringement. At least as of the date of filing of the Complaint, Barco knew of the T-Rex Patents, and has taken active steps to encourage its customers to directly infringe through the use of at least advertisements and instructions on its website. *See, e.g.,* http://www.barco.com/en/support.

Barco contributorily infringes because it offers to sell or sells components (*e.g.*, the X20 real-time visual communications platform, LED displays, monitors, work stations, and media servers and players) of the system claimed in Claim 26 that constitute a material part of the claimed

4

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

system and are not suitable for substantial noninfringing use. At least as of the date of filing of the Complaint, Barco had knowledge of the T-Rex Patents.

**B.**    **'334 Patent**

**1.**    **Claim 22**

Barco directly infringes Claim 22 of the '334 Patent by performing all of the steps of the claimed method. To the extent that Barco does not perform each and every step of this method claim at all times, Barco directly infringes Claim 22 by performing certain of the steps of the claimed method and directing and controlling its customers to perform any remaining claimed steps by conditioning use of the Accused Instrumentalities on performance of any remaining steps. For example, Barco's customers may, in certain instances, perform the step of "generating an exposure list." Barco directs and controls its customers to do so by conditioning the receipt of the benefits associated with the Accused Instrumentalities on the performance of this step. Barco also establishes the manner and timing of the performance of any remaining steps by instructing its customers on how to use the Accused Instrumentalities.

Barco indirectly infringes Claim 22 because it knowingly induces infringement and possesses specific intent to encourage its customers' infringement. At least as of the date of filing of the Complaint, Barco knew of the T-Rex Patents, and has taken active steps to encourage its customers to directly infringe through the use of at least advertisements and instructions on its website. *See, e.g.,* http://www.barco.com/en/support.

**2.**    **Claim 32**

Barco directly infringes Claim 32 of the '334 Patent when it places the Accused Instrumentalities as a whole into service. To the extent that Barco does not use each and every element of the claimed system in Claim 32 at all times, Barco nonetheless directly infringes Claim

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

32 because it controls the Accused Instrumentalities as a whole and obtains a benefit from it, for example, via Barco's X20 real-time visual communications platform.

Barco indirectly infringes Claim 32 because it knowingly induces infringement and possesses specific intent to encourage its customers' infringement. At least as of the date of filing of the Complaint, Barco knew of the T-Rex Patents, and has taken active steps to encourages its customers to directly infringe through the use of at least advertisements and instructions on its website. *See, e.g.,* http://www.barco.com/en/support.

Barco contributorily infringes because it offers to sell or sells components (*e.g.*, the X20 real-time visual communications platform, LED displays, monitors, work stations, and media servers) of the system claimed in Claim 32 that constitute a material part of the claimed system and are not suitable for substantial noninfringing use. At least as of the date of filing of the Complaint, Barco had knowledge of the T-Rex Patents.

### C. **'603 Patent**

#### 1. **Claim 13**

Barco directly infringes Claim 13 of the '603 Patent when it places the Accused Instrumentalities as a whole into service. To the extent that Barco does not use each and every element of the claimed system in Claim 13 at all times, Barco nonetheless directly infringes Claim 13 because it controls the Accused Instrumentalities as a whole and obtains a benefit from it, for example, via Barco's X20 real-time visual communications platform.

Barco indirectly infringes Claim 13 because it knowingly induces infringement and possesses specific intent to encourage its customers' infringement. At least as of the date of filing of the Complaint, Barco knew of the T-Rex Patents, and has taken active steps to encourage its

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

customers to directly infringe through the use of at least advertisements and instructions on its website. *See, e.g.,* http://www.barco.com/en/support.

Barco contributorily infringes because it offers to sell or sells components (*e.g.*, the X20 real-time visual communications platform, LED displays, monitors, work stations, and media servers) of the system claimed in Claim 13 that constitute a material part of the claimed system and are not suitable for substantial noninfringing use. At least as of the date of filing of the Complaint, Barco had knowledge of the T-Rex Patents.

## VI. PRIORITY DATE OF THE PATENTS-IN-SUIT PURSUANT TO LOCAL PATENT RULE 2.2(F)

T-Rex presently contends that all asserted claims of the '470 Patent and the '334 Patent are entitled to a priority date of at least April 26, 1996, the filing date of the Swedish Patent Application SE9601603. T-Rex presently contends that all asserted claims of the '603 Patent are entitled to a priority data of at least April 28, 1999, the filing date of U.S. Patent Application No. 09/301,102.

## VII. WILLFUL INFRINGEMENT PURSUANT TO LOCAL PATENT RULE 2.2(G)

At least to the extent that Barco continues to infringe one or more of the Patents-in-Suit after the service of the Complaint, T-Rex asserts that such infringement is willful.

## VIII. DISCLOSURE PURSUANT TO LOCAL PATENT RULE 2.2(H)

Based on presently available information and current analysis, T-Rex does not preserve the right to assert that its own or its licensee's process practice the claimed invention at this time.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

Dated:  January 12, 2017        Respectfully submitted,

        */s/ Jacob Graham*
        William Cory Spence
        Jacob Robert Graham
        SPENCE, P.C.
        405 N. Wabash Ave., Suite P2E
        Chicago, Illinois 60611
        312-404-8882
        William.Spence@spencepc.com
        Jacob.Graham@spencepc.com
        *Counsel for Plaintiff*
        *T-Rex Property AB*

8

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

## <u>CERTIFICATE OF SERVICE</u>

      I, Jacob Graham, an attorney, certify that on January 12, 2017, I caused a copy of Plaintiff's Initial Infringement Contentions to be served on the counsel of record by electronic means.


                                */s/ Jacob Graham*

9

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

# EXHIBIT A

**EXHIBIT A – INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. RE39,470 ("the '470 Patent") (CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)**

| Claims of '470 Patent | Infringement Bases |
|---|---|
| **Claim 25** | |
| A method of selectively displaying digital information at one or more of a plurality of locations, said method comprising: | Plaintiff denies that the preamble is limiting. Nevertheless, to the extent that a court may construe the preamble as limiting, Plaintiff states that when operating Barco's digital signage and services network and platform (the "Accused System"), Barco selectively displays digital information at one or more of a plurality of locations. (*e.g.*, Ex. A1 ("The X20 platform publishes information to multiple devices, including digital signage screens, video walls, interactive kiosks and mobile devices."); Ex. A2 ("With Barco dZine's digital signage software you can easily create, distribute and visualize content on your displays.")) |
| receiving control instructions from at least one external information mediator; | When operating the Accused System, Barco performs the step of receiving control instructions from at least one external information mediator (*e.g.,* Ex. A1 ("The X20 platform is not only suited to pushing information to my screen, stakeholders can also enhance the content directly. This means that teams and individuals in separate locations can easily collaborate to achieve a common goal."); Ex. A2 ("Our DISplay Studio content management system can be operated by many different users inside and/or outside your organization".)) |
| using said control instructions to generate an exposure list, said exposure list specifying three or more of the following items:<br>i) what information content is to be displayed;<br>ii) at which of said plurality of locations said information content is to be displayed;<br>iii) when said information content is to be displayed for each location at which content is to be displayed; and<br>iv) how long said information content is to be displayed for each location at which content is to be displayed; | When operating the Accused System, Barco performs the step of using said control instructions to generate an exposure list, said exposure list specifying three or more of the following items: i) what information content is to be displayed; ii) at which of said plurality of locations said information content is to be displayed; iii) when said information content is to be displayed for each location at which content is to be displayed; and iv) how long said information content is to be displayed for each location at which content is to be displayed (*e.g.*, Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users.")) |

| Claims of '470 Patent | Infringement Bases |
|---|---|
| **Claim 25** | |
| displaying images at one or more of said locations in accordance with said exposure list; and | When operating the Accused System, Barco performs the step of displaying images at one or more of said locations in accordance with said exposure list (*e.g.*, Ex. A1 ("The X20 platform publishes information to multiple devices, including digital signage screens, video walls, interactive kiosks and mobile devices."); Ex. A3 ("The DISplay Studio software platform consists of the Page Editor, API Editor and IDS Server and allows you to create and distribute attractive and dynamic content in a professional way. The platform is fully scalable and can be used for small (less than 5 displays) as well as large (up to 1000 displays) installations.")) |
| permitting said exposure list to be dynamically updated. | When operating the Accused System, Barco performs the step of permitting said exposure list to be dynamically updated (*e.g.*, Ex. A1 ("With X20 it's not only possible to portray the latest fashion designs on large screens. Retail shops can also align the advertisements shown with the people passing by: using smart algorithms that detect gender, age and height, focused commercials are possible."); Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users."); Ex. A4 ("API Editor is the ultimate tool for dynamic content integration. The editor provides an Event API to create interactive pages that support user input (keyboard, mouse, touch screen,…) The program automatically applies syntax coloring and offers the option to check for syntax errors. It gives information about API function parameters, so data can easily be inserted. Formerly inserted parameters will be recognized automatically and functions and parameters can be auto-completed.")) |

| Claims of '470 Patent | Infringement Bases |
|---|---|
| **Claim 26** | |
| A system for selectively displaying digital information at one or more of a plurality of locations, said comprising: | Plaintiff denies that the preamble is limiting. Nevertheless, to the extent that a court may construe the preamble as limiting, Plaintiff states that the Accused System is used for selectively displaying digital information at one of more of a plurality of locations (*e.g.*, Ex. A1 ("The X20 platform publishes information to multiple devices, including digital signage screens, video walls, interactive kiosks and mobile devices."); Ex. A2 ("With Barco dZine's digital signage software you can easily create, distribute and visualize content on your displays.")) |

2                                   **CONFIDENTIAL PURSUANT TO P.O.**

| Claims of '470 Patent | Infringement Bases |
|---|---|
| **Claim 26** | |
| a computerized control center having a plurality of communication interfaces for receiving control instructions from at least one external information mediator, said computerized control center including means for generating and dynamically updating an exposure list from said control instructions, | The Accused System comprises a computerized control center having a plurality of communication interfaces for receiving control instructions from at least one external information mediator, said computerized control center including means for generating and dynamically updating an exposure list from said control instructions (*e.g.*, Ex. A1 ("The X20 platform is not only suited to pushing information to my screen, stakeholders can also enhance the content directly. This means that teams and individuals in separate locations can easily collaborate to achieve a common goal."); Ex. A2 ("Our DISplay Studio content management system can be operated by many different users inside and/or outside your organization."); Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users.")) |
| said exposure list specifying three or more of the following items: i) what information content is to be displayed; ii) at which of said plurality of locations said information content is to be displayed; iii) when said information content is to be displayed for each location at which content is to be displayed; and iv) how long said information content is to be displayed for each location at which content is to be displayed; | The exposure list of the Accused System specifies three or more of the following items: i) what information content is to be displayed; ii) at which of the plurality of locations the information content is to be displayed; iii) when the information content is to be displayed for each location at which content is to be displayed; and iv) how long the information content is to be displayed for each location at which content is to be displayed (*e.g.*, Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users.")) |

**CONFIDENTIAL PURSUANT TO P.O.**

| Claims of '470 Patent | Infringement Bases |
|---|---|
| **Claim 26** | |
| a computerized device situated at each one of said plurality of locations, each computerized device being electronically coupled to said computerized control center; and | The Accused System comprises a computerized device situated at each one of said plurality of locations, each computerized device being electronically coupled to said computerized control center (*e.g.*, Ex. A5 ("The MPP-1 is a powerful media player which is suited for a broad range of intelligent display network applications. Designed for both high-performance computing and state-of-the-art graphical rendering, the MPP-1 allows for multi-video playout, video stream decoding and networked video synchronization, complex multi-zone dynamic content rendering, quick real-time data as well as reliable audience-based interactivity.")) |
| a means for displaying images in accordance with said exposure list associated with each one of said computerized devices. | The Accused System comprises a means for displaying images in accordance with said exposure list associated with each one of said computerized devices (*e.g.*, Ex. A5 ("The MPP-1 features a single digital video outlet and is suited for retail and advertising systems, interactive applications as well as networked video walls.")) |

4

**CONFIDENTIAL PURSUANT TO P.O.**

# EXHIBIT A1

# Easily create content. Show it anywhere.

## Barco's X2O real-time visual communications platform



Getting the right information to the right people at the right time: that's one of today's major challenges. Whether you are operating in a business, entertainment or governmental setting, a reliable and easy-to-use way to present and distribute information is of utmost importance.

Barco's X2O platform is a powerful solution for improving internal and external communications. Including intuitive tools for content generation and distribution, the HTML5-based platform offers a way to bring relevant information to the various stakeholders (internal and external) using standard web technologies. X2O presents data in a graphical form that is easy to interpret – and it also offers interactivity for immediate action or collaboration. This way, you not only inform people, you actively involve them as well.



# Your information, where you want it

The X2O platform has been designed with the user in mind. The key idea is that information should be easy to manage, distribute, and interpret. Because it combines the creation of attractive graphical elements, the management of information, and the distribution and publication in standard formats such as HTML5, X2O gives users the greatest power and flexibility. And above all, the technical complexities are hidden behind the scenes, so users can focus on what is really important to them: the information.

## Any device

The X2O platform publishes information to multiple devices, including digital signage screens, video walls, interactive kiosks and mobile devices.

## True collaboration works two ways

The X2O platform is not only suited to pushing information to my screen; stakeholders (with the appropriate rights) can also enhance the content directly. This means that teams and individuals in separate locations can easily collaborate to achieve a common goal.

**Sample Inputs**

Security Alerts · SharePoint · ERP Systems · Office 365 · Corporate Data · CRM Systems · Social Media · Live Data Feeds · Video

**INPUTS** · **OUTPUTS**

User Management · Content Approval · Scheduling · Content Management · Templates · Analytics · Interactive Management · Reporting Management · Channel Creation

**Sample Outputs**

Mobile · Video Walls · 3rd Party Systems · SharePoint · Desktop Clients · Digital Signage · Interactive Kiosks









## Ready-to-digest data

With X2O, users can quickly create and publish their own channels. Much like television channels, X2O channels are built with graphical tools and objects that present complex data in a clear and clutter-free manner, offering users the information they really need at just the right time. X2O channels can contain a multitude of media types, including video, graphics, charts, images, social media content, PowerPoint slides – or a combination of these. And because the content can link directly to corporate databases (like SAP, Oracle and SharePoint) or social media sites such as Twitter and Youtube, content on screen is always live and up to date.

## Visual information

Channels are built from a professionally designed library of 'smart' objects (a method of presenting information in a standard manner). X2O objects contain pre-coded production logic that automatically updates graphic elements, greatly simplifying the channel creation process. From a library, users can drag-and-drop pre-built objects to create channels quickly and easily. Objects can also be customized

## Your communication, your style

X2O channels can be customized with your branding elements and color scheme. This makes your communication clearly consistent – making your channels recognizable, true to your corporate identity, with information that is easier to interpret.

# Endless possibilities

What makes the X2O platform unique? Is it the easy way channels are created? The library of building blocks that can be added to your channels in no time? The flexible distribution to any device? In fact, it's the combination of all these things and more. The X2O platform is ready to be integrated in a myriad of applications. We have some examples below, but the possibilities are literally endless...

### Retail digital signage

Welcome to shopping 21st century style! With X2O it's not only possible to portray the latest fashion designs on large screens. Retail shops can also align the advertisements shown with the people passing by: using smart algorithms that detect gender, age and height, focused commercials are possible.

### Interactive applications in transportation

Fully benefit from the X2O platform's interactivity by allowing travelers to consult train or bus schedules. Go a step further by actually showing the users the way to their destination with a Wayfinding application.

### Command center

Whether the application is at corporate headquarters, an emergency center or a factory's process control, the X2O platform is an excellent way to present information. Its dashboard features can present the overall statuses of the application, while the easy distribution of information gets valuable data to the people in the field.





EXHIBIT A2

**BARCO**
Visibly yours

| Markets | Products & Solutions | News | Training & Support | Contact | About Barco | Partners |

Home  >  Products & Solutions  >  Digital signage  >  Digital signage software

## Similar products

Digital signage players

**Digital signage software**

Digital signage LCD displays

## Application areas

Traffic management

Theater lobby

DOOH (advertising)

Branding & retail

# Digital signage

### Digital signage software

With Barco dZine's digital signage software your can easily create, distribute and visualize content on your displays. Our **DISplay Studio** content management system can be operated by many different users inside and/or outside your organization. The software allows you to program different contents to run automatically while keeping full control of different playlists at all times.

### Display interactivity

The software also offers intuitive smartphone and display interaction that allows for more engagement from passersby and enables you to gather valuable data on the persons who are looking at the screen to improve the targeting of your messages.

### Featured products



**DISplay Studio**

Digital signage software

Read more »



**IDS Server**

Software for content distribution & scheduling

Read more »



**Page Editor**

Software for content creation

Read more »



**API Editor**

Software tool for dynamic content integration

Read more »



**Campaign Manager**

Complete ad management platform, integrated with dZine's content scheduling and distribution engine

Read more »



**Plugins**

Software tools for content distribution, visualization and interaction

Read more »

Privacy policy  |  © 2014, Barco. All rights reserved.

## Products

Displays, monitors & workstations

Projectors

LED displays

Visual display systems

Video walls

Networked solutions

Image processing

AV streaming

Digital signage

Presentation & collaboration

Interactive patient care

3D sound

Software

Services

Training & Support

## Markets

Control rooms

Corporate AV

Defense & Aerospace

Digital cinema

Healthcare

Media & entertainment

Simulation & virtual reality

## About Barco

About Barco

Consolidated companies

Environment Health & Safety principles

Jobs

Investors

Nearly New Barco

## Contact us

Contact

Regional offices

Where To Buy

### Your local office

**Barco, Inc. / Barco Federal Systems, LLC**
3059 Premiere Parkway
Duluth, GA 30097
United States

📍 Locate on a map

**Barco, Inc.**
3078 Prospect Park Drive
Rancho Cordova, CA 95670
United States

📍 Locate on a map

**Barco, Inc.**

## Join us on

### Latest news

02 Jun 2014
We did it! Barco wins the 'Hospital Build & Infrastructure Middle East – Best Technology Initiative' award'

**more news »**

### Upcoming events

Hospital Build & Infrastructure Middle East
02 Jun 2014 - 04 Jun 2014
Sheikh Zayed Road - UNITED ARAB EMIRATES

**more events »**

Subscribe to our newsletters

# EXHIBIT A3



Markets | Products & Solutions | News | Training & Support | Contact | About Barco | Partners

Home > Products & Solutions > Digital signage > Digital signage software > DISplay Studio

# DISplay Studio
## Digital signage software

Introduction | Features | Specs | Media & assets

## Similar products

Page Editor
Campaign Manager
API Editor
Plugins
**DISplay Studio**
IDS Server

## Application areas

Traffic management
Theater lobby
DOOH (advertising)
Branding & retail

dZine is committed to deliver stable, efficient and trustworthy digital signage technology. Therefore, dZine developed a unique software platform. The DISplay Studio software platform consists of the Page Editor, API Editor and IDS Server and allows you to create and distribute attractive and dynamic content in a professional way. The platform is fully scalable and can be used for small (less than 5 displays) as well as large (up to 1000 displays) installations.

### Page Editor: content creation

The easy-to-use Page Editor software provides you with all the necessary tools to create attractive and dynamic content for your display information system – from basic texts and images to videos and flash objects. What you see on your computer monitor is what you will get on your displays or LED billboards.

### IDS Server: content distribution & scheduling

Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users.

### API Editor

The API Editor goes beyond the possibilities of the Page Editors and allows you to edit pages manually. It also supports Event API which you can use to create interactive pages that support user input (keyboard, mouse, touch screen, …). The program automatically applies syntax coloring and offers the option to check for syntax errors. API Editor provides information about API function parameters, so data can be inserted more easily. Parameters that were inserted before will be recognized automatically and functions and parameters can be auto-completed.



a Barco company

More info about dZine

## Request a quote

Your email

Request a quote

## More information

Download spec sheet

Barco offices

Technical support

## Related training

Digital Signage - Video and presentation of Barco's Digital Signage solution
Digital Signage - Video Showing a demonstration of the Digital Signage solution of Barco

Privacy policy | © 2014, Barco. All rights reserved.

## Products

Displays, monitors & workstations
Projectors
LED displays
Visual display systems
Video walls
Networked solutions
Image processing
AV streaming
Digital signage
Presentation & collaboration
Interactive patient care
3D sound
Software
Services

## Training & Support

Support
Training

## Markets

Control rooms
Corporate AV
Defense & Aerospace
Digital cinema
Healthcare
Media & entertainment
Simulation & virtual reality

## About Barco

About Barco
Consolidated companies
Environment Health & Safety principles
Jobs
Investors

## Nearly New Barco

Browse Nearly New Barco Catalogue

## Contact us

Contact
Regional offices
Where To Buy

## Your local office

**Barco, Inc. / Barco Federal Systems, LLC**
3059 Premiere Parkway
Duluth, GA 30097
United States

Locate on a map

**Barco, Inc.**
3078 Prospect Park Drive
Rancho Cordova, CA 95670
United States

Locate on a map

**Barco, Inc.**
600 Bellbrook Avenue
Xenia, OH 45385
United States

## Join us on

## Latest news

02 Jun 2014
We did it! Barco wins the 'Hospital Build & Infrastructure Middle East – Best Technology Initiative' award'

**more news »**

## Upcoming events

Hospital Build & Infrastructure Middle East
02 Jun 2014 - 04 Jun 2014
Sheikh Zayed Road - UNITED ARAB EMIRATES

**more events »**

Subscribe to our newsletters

# EXHIBIT A4

BARCO

| Markets | Products & Solutions | News | Training & Support | Contact | About Barco | Partners |

Home > Products & Solutions > Digital signage > Digital signage software > API Editor



# API Editor

Software tool for dynamic content integration

| Introduction | Specs | Media & assets |

## Similar products

Page Editor
Campaign Manager
**API Editor**
Plugins
DISplay Studio
IDS Server

## Application areas

Traffic management
Theater lobby
DOOH (advertising)
Branding & retail

API Editor is the ultimate tool for dynamic content integration. The editor provides an Event API to create interactive pages that support user input (keyboard, mouse, touch screen,...). The program automatically applies syntax coloring and provides the option to check for syntax errors. It gives information about API function parameters, so data can easily be inserted. Formerly inserted parameters will be recognized automatically and functions and parameters can be auto-completed.



More info about dZine

### Request a quote

Your email

Request a quote

### More information

Download spec sheet

Barco offices

Technical support

### Related training

Digital Signage - Video Showing a demonstration of the Digital Signage solution of Barco
Digital Signage - Video and presentation of Barco's Digital Signage solution

Privacy policy  |  © 2014, Barco. All rights reserved.

## Products

Displays, monitors & workstations
Projectors
LED displays
Visual display systems
Video walls
Networked solutions
Image processing
AV streaming
Digital signage
Presentation & collaboration
Interactive patient care
3D sound
Software
Services

## Training & Support

Support
Training

## Markets

Control rooms
Corporate AV
Defense & Aerospace
Digital cinema
Healthcare
Media & entertainment
Simulation & virtual reality

## About Barco

About Barco
Consolidated companies
Environment Health & Safety principles
Jobs
Investors

## Nearly New Barco

Browse Nearly New Barco Catalogue

## Contact us

Contact
Regional offices
Where To Buy

### Your local office

**Barco, Inc. / Barco Federal Systems, LLC**
3059 Premiere Parkway
Duluth, GA 30097
United States

Locate on a map

**Barco, Inc.**
3078 Prospect Park Drive
Rancho Cordova, CA 95670
United States

Locate on a map

**Barco, Inc.**
600 Bellbrook Avenue
Xenia, OH 45385
United States

## Join us on

### Latest news

02 Jun 2014
We did it! Barco wins the 'Hospital Build & Infrastructure Middle East – Best Technology Initiative' award'

**more news »**

### Upcoming events

Hospital Build & Infrastructure Middle East
02 Jun 2014 - 04 Jun 2014
Sheikh Zayed Road – UNITED ARAB EMIRATES

**more events »**

Subscribe to our newsletters

# EXHIBIT A5

# MPP-1

## High-performance digital signage player



### Versatile player

The MPP-1 is a powerful media player which is suited for a broad range of intelligent display network applications. Designed for both high-performance computing and state-of-the-art graphical rendering, the MPP-1 allows for multi-video playout, video stream decoding and networked video synchronization, complex multi-zone dynamic content rendering, quick real-time data as well as reliable audience-based interactivity.

### Powerful, scalable and future-proof

Matched with the X2O content management suite, the MPP-1 allows for cost-effective, powerful, scalable, and future-proof support of your display network.

### Wide range of applications

The MPP-1 features a single digital video outlet and is suited for retail and advertising systems, interactive applications as well as networked video walls.



| Product specifications | MPP-1 |
|---|---|
| Target signage solution | X2O Premium |
| Supported resolutions | Up to 4K / up to 6x 1,920x1,200 |
| Channel playback | Multi |
| Object playback | Multi primitives, interactive, real-time data, social |
| Audio | WebM .ogg vorbis, mp3 |
| Video | WebM VP8/VP9 (8-12Mbit/s), MPEG-1, MPEG-2, MPEG-4, H.264, WMV/VC1 (MPEG-2 ES/PS/TS,MP4,MOV); 1080i/p @18-30Mbit/s, 25frps |
| Video streaming (decoding) | UDP, RTSP |
| Video capture (external input) | Multi |
| Image formats | bmp, (anim) gif, tiff, png, jpeg |
| Flash/PowerPoint | Native support |
| HTML5 | Native support |
| Video synchronization | Yes |
| Matrix synchronization | Yes |
| Processor-Chipset | Intel Q87 chipset with i5 4590T or i7 4785T (4x 2.2GHz) |
| GPU | Intel® HD Graphics 4600 |
| Memory and storage | 4GB DDR3-1600 / 500 GB HD |
| Network | 1x Intel® I217LM Gigabit Network Connection |
| Video Output | 2x DisplayPort |
| Interfaces | 4x USB3, 1x VGA, 2x audio out, 1x mic input |
| Operating system | WES7 64bit |
| Fanless | No |
| Operating temperature | Indoor: 0-35°C |
| Relative humidity | 10-90% (non-condensing) |
| Power | External 65W power supply |
| Dimensions (WxLxH) | 185 x 175 x 34 mm |
| Warranty | 2 years standard, extendable to 5 years (optional) |

Last updated: 29 Apr 2016
Technical specifications are subject to change without prior notice.
Please check www.barco.com for the latest information.



# EXHIBIT B

**EXHIBIT B – INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 7,382,334 ("the '334 Patent") (CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)**

| Claims of '334 Patent | Infringement Bases |
|---|---|
| **Claim 22** | |
| A method of coordinating and controlling electronic displays in a digital information system for exposing information on at least one display device through the medium of at least one electronic display, characterized in that it comprises the following steps: | Plaintiff denies that the preamble is limiting. Nevertheless, to the extent that a court may construe the preamble as limiting, Plaintiff states that when operating Barco's digital signage and services network and platform (the "Accused System"), Barco coordinates and controls electronic displays in a digital information system for exposing information on at least one display device through the medium of at least one electronic display (*e.g.*, Ex. A1 ("The X20 platform publishes information to multiple devices, including digital signage screens, video walls, interactive kiosks and mobile devices."); Ex. A2 ("With Barco dZine's digital signage software you can easily create, distribute and visualize content on your displays.")) |
| generating an exposure list comprising control instructions for coordinating and controlling electronic displays with regard to what shall be exposed, when it shall be exposed, where it shall be exposed and for how long it shall be exposed; | When operating the Accused System, Barco performs the step of generating an exposure list comprising control instructions for coordinating and controlling electronic displays with regard to what shall be exposed, when it shall be exposed, where it shall be exposed and for how long it shall be exposed (*e.g.*, Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users.")) |
| using a control center for coordinating and controlling electronic displays, wherein the control center is able to create and update said exposure list in real time with control instruction fields via dynamic booking of information in time for exposure from mediators; and | When operating the Accused System, Barco performs the step of using a control center for coordinating and controlling electronic displays, wherein the control center is able to create and update said exposure list in real time with control instruction fields via dynamic booking of information in time for exposure from mediators (*e.g.*, Ex. A1 ("The X20 platform publishes information to multiple devices, including digital signage screens, video walls, interactive kiosks and mobile devices."); Ex. A2 ("Our DISplay Studio content management system can be operated by many different users inside and/or outside your organization."); Ex. A4 ("API Editor is the ultimate tool for dynamic content integration. The editor provides an Event API to create interactive pages that support user input (keyboard, mouse, touch screen,…) The program automatically applies syntax coloring and offers the option to check for syntax errors. It gives information about API function parameters, so data can easily be inserted. Formerly inserted parameters will be recognized automatically and functions and parameters can be auto-completed.")) |

| Claims of '334 Patent | Infringement Bases |
|---|---|
| **Claim 22** | |
| wherein the exposure list enables each electronic display to be controlled, independently of other electronic displays, to receive the same or different information in accordance with the exposure list for exposure of respective electronic display. | The exposure list of the Accused System, enables each electronic display to be controlled, independently of other electronic displays, to receive the same or different information in accordance with the exposure list for exposure of respective electronic display (*e.g.*, Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users."); Ex. A5 ("The MPP-1 is a powerful media player which is suited for a broad range of intelligent display network applications. Designed for both high-performance computing and state-of-- the-art graphical rendering, the MPP-1 allows for multi-video playout, video stream decoding and networked video synchronization, complex multi-zone dynamic content rendering, quick real-time data as well as reliable audience-based interactivity.")) |

| Claims of '334 Patent | Infringement Bases |
|---|---|
| **Claim 32** | |
| An arrangement for coordinating and controlling electronic displays in a digital information system for displaying information on at least one display device through the medium of at least one electronic display, said information being supplied by mediators of information, for exposure or display, characterized in that it comprises: | Plaintiff denies that the preamble is limiting. Nevertheless, to the extent that a court may construe the preamble as limiting, Plaintiff states that the Accused System is an arrangement for coordinating and controlling electronic displays in a digital information system for displaying information on at least one display device through the medium of at least one electronic display, said information being supplied by mediators of information, for exposure or display (*e.g.*, Ex. A1 ("The X20 platform publishes information to multiple devices, including digital signage screens, video walls, interactive kiosks and mobile devices."); Ex. A2 ("With Barco dZine's digital signage software you can easily create, distribute and visualize content on your displays. Our DISplay Studio content management system can be operated by many different users inside and/or outside your organization.")) |

**CONFIDENTIAL PURSUANT TO P.O.**

| Claims of '334 Patent | Infringement Bases |
|---|---|
| **Claim 32** | |
| computerized control center means, wherein the control center has communication interfaces against; computerized means for coordinating and controlling electronic displays; | The Accused System comprises a computerized control center means, wherein the control center has communication interfaces against; computerized means for coordinating and controlling electronic displays (*e.g.,* Ex. A1 ("The X20 platform is not only suited to pushing information to my screen, stakeholders can also enhance the content directly. This means that teams and individuals in separate locations can easily collaborate to achieve a common goal."); Ex. A2 ("Our DISplay Studio content management system can be operated by many different users inside and/or outside your organization."); Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users.")) |
| exposure handler means whereby the control center functions, in real time and through the medium of said exposure handler, to create and update an exposure list having control instruction fields, via dynamic booking of display information from mediators; and | The Accused System comprises exposure handler means whereby the control center functions, in real time and through the medium of said exposure handler, to create and update an exposure list having control instruction fields, via dynamic booking of display information from mediators (*e.g.,* Ex. A1 ("With X20 it's not only possible to portray the latest fashion designs on large screens. Retail shops can also align the advertisements shown with the people passing by: using smart algorithms that detect gender, age and height, focused commercials are possible."); Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users."); Ex. A4 ("API Editor is the ultimate tool for dynamic content integration. The editor provides an Event API to create interactive pages that support user input (keyboard, mouse, touch screen,…) The program automatically applies syntax coloring and offers the option to check for syntax errors. It gives information about API function parameters, so data can easily be inserted. Formerly inserted parameters will be recognized automatically and functions and parameters can be auto-completed.")) |

3                    **CONFIDENTIAL PURSUANT TO P.O.**

| Claims of '334 Patent | Infringement Bases |
|---|---|
| **Claim 32** | |
| wherein said exposure list, containing control instructions, coordinates and controls the electronic displays in question with respect to what shall be exposed, where is shall be exposed, when it shall be exposed, and for how long it shall be exposed, and enables each electronic display independently of other electronic displays, to receive the same or different information according to the exposure list for exposure or display by respective electronic display. | The exposure list of the Accused System contains control instructions that coordinate and control the electronic displays in question with respect to what shall be exposed, where is shall be exposed, when it shall be exposed, and for how long it shall be exposed, and enables each electronic display independently of other electronic displays, to receive the same or different information according to the exposure list for exposure or display by respective electronic display (*e.g.*, Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users.")) |

**CONFIDENTIAL PURSUANT TO P.O.**

EXHIBIT C

**EXHIBIT C – INFRINGEMENT CLAIM CHART FOR U.S. PATENT NO. 6,430,603 ("the '603 Patent") (CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)**

| Claims of '603 Patent | Infringement Bases |
|---|---|
| **Claim 13** | |
| A system for presenting video or still-image content at selected times and locations on a networked connection of multiple electronic displays, said system comprising: | Plaintiff denies that the preamble is limiting. Nevertheless, to the extent that a court may construe the preamble as limiting, Plaintiff states that Barco's digital signage and services network and platform (the "Accused System") is used for presenting video or still-image content at selected times and locations on a networked connection of multiple electronic displays (*e.g.*, Ex. A1 ("The X20 platform publishes information to multiple devices, including digital signage screens, video walls, interactive kiosks and mobile devices."); Ex. A2 ("With Barco dZine's digital signage software you can easily create, distribute and visualize content on your displays."); Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users.")) |
| a network interconnecting a plurality of electronic displays provided at various geographic locations; | The Accused System comprises a network interconnecting a plurality of electronic displays provided at various geographic locations (*e.g.*, Ex. A1 ("The X20 platform publishes information to multiple devices, including digital signage screens, video walls, interactive kiosks and mobile devices."); Ex. A3 ("IDS Server: content distribution & scheduling – Once the content is created, it has to be mapped out to the displays. The IDS Server controls the players remotely, so content can be adjusted at any time and any place. In addition, your content can be shared among several users.")) |
| means for scheduling the presentation of video or still-image content at selected time slots on selected electronic displays of said network and receiving said video or still-image content from a content provider; | The Accused System comprises means for scheduling the presentation of video or still-image content at selected time slots on selected electronic displays of said network and receiving said video or still-image content from a content provider (*e.g.*, Ex. A1 ("The X20 platform is not only suited to pushing information to my screen, stakeholders can also enhance the content directly. This means that teams and individuals in separate locations can easily collaborate to achieve a common goal."); Ex. A2 ("The software allows you to program different contents to run automatically while keeping full control of different playlists at all times.")) |

| Claims of '603 Patent | Infringement Bases |
|---|---|
| **Claim 13** | |
| transmission means in communication with said receiving means for communicating scheduled content to respective server devices associated with corresponding selected electronic displays of said network, each said associated device initiating display of said video or still-image content at selected times on a corresponding selected electronic display of said network. | The Accused System comprises transmission means in communication with said receiving means for communicating scheduled content to respective server devices associated with corresponding selected electronic displays of said network, each said associated device initiating display of said video or still-image content at selected times on a corresponding selected electronic display of said network (*e.g.*, Ex. A1 ("The X20 platform is not only suited to pushing information to my screen, stakeholders can also enhance the content directly. This means that teams and individuals in separate locations can easily collaborate to achieve a common goal."); Ex. A5 ("The MPP-1 is a powerful media player which is suited for a broad range of intelligent display network applications. Designed for both high-performance computing and state-of-the-art graphical rendering, the MPP-1 allows for multi-video playout, video stream decoding and networked video synchronization, complex multi-zone dynamic content rendering, quick real-time data as well as reliable audience-based interactivity.")) |

| Claims of '603 Patent | Infringement Bases |
|---|---|
| **Claim 42** | |
| The system of claim 13, further including means for enabling split screen images to be displayed at the electronic display. | The Accused System includes means for enabling split screen images to be displayed at the electronic display (*e.g.*, Ex. A1 ("X20 channels can contain a multitude of media types, including video, graphics, charts, images, social media content, PowerPoint slides…or a combination of these.")) |

**CONFIDENTIAL PURSUANT TO P.O.**

| Claims of '603 Patent | Infringement Bases |
|---|---|
| **Claim 43** | |
| The system of claim 42, wherein said split screen capability is utilized to present a still image portion of the image in one display area, and one of real time video, near real time video, or still frame in a second display area. | The Accused System includes split screen capability that is utilized to present a still image portion of the image in one display area, and one of real time video, near real time video, or still frame in a second display area (*e.g.*, Ex. A1 ("X20 channels can contain a multitude of media types, including video, graphics, charts, images, social media content, PowerPoint slides…or a combination of these.")) |

3                    **CONFIDENTIAL PURSUANT TO P.O.**