# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| T-Rex Property AB, | § | |
| *Plaintiff*, | § § § | |
| v. | § | Case No. 2:16-cv-681-JRG |
| National CineMedia, LLC, | § § § | |
| *Defendant*. | § § | |

### ORDER

Before the Court is Defendant National CineMedia, LLC's Motion to Dismiss (Dkt. No. 42) (the "Motion"). Having reviewed the Motion and after conducting a review of the asserted patents, the Court is persuaded that resolution of the issues urged in the motion is more appropriately addressed in conjunction with claim construction.

Accordingly, the Court **CARRIES** the Motion. The Court will hear oral argument on the Motion at the Claim Construction hearing set for **May 22, 2017 at 1:30 p.m.**

**So ORDERED and SIGNED this 8th day of December, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE