# EXHIBIT D

Case: 1:16-cv-06938 Document #: 50-4 Filed: 03/01/17 Page 2 of 10 PageID #:741

myBarco log in  |  New to myBarco?     English / United States

**BARCO** — Visibly yours

Investors  |  Sustainability  |  Jobs

Markets & solutions    Products    News    Support & training    Contact    About Barco    Partners

Home › Markets & solutions › Retail & advertising



## Application areas

- Automotive retail
- Fashion retail

# Retail & advertising

## Subscribe to our newsletters

- Spectaculars
- Transit advertising

### Related products

- Digital signage
- Business projectors
- Venue projectors
- LED displays
- LCD Video walls
- Real-time visual communications platform
- Financial services

   

| Automotive retail | Fashion retail | Spectaculars | Transit advertising |

Today, advertisers and marketers are faced with the challenging task of catching consumers' attention while getting the right message across. With Barco's eye-catching visualization technologies, your message will truly stand out. As a one-stop shop, only Barco delivers the most stunning digital canvases, with the most user-friendly content management systems, for retail and advertising available today.

# Intelligent Display Networks$^{TM}$

One of the most innovative methods of capturing valuable consumer data is at the point of purchase using sophisticated, interactive digital signage. Barco has developed a comprehensive visualization solution for retail and advertising built upon our "Intelligent Display Network™" which features bi-directional commercial communication to maximize relevance with audiences.

Register today and receive Barco's quarterly newsletters directly in your mailbox.

email@domain.com

**Sign up now!**



**The future of retail?**
It's taking shape at the Shopping Innovation Lab!

**Read full story »**

### Upcoming events

**Digital Signage Expo 2017**
28 March 2017 - 31 March 2017

**more events »**





**Images that sell**

Attention-grabbing visualization technology for retail and advertising.

**Download brochure »**



**Barco Capital**

Get financing for your Barco equipment.

**Find out more »**

This concept is based on the three components of the name:

### Intelligent

This is the "knowledge" part of our solution, featuring a self-learning platform that captures real-time demographics about a customer and locations via cameras, sensors, WiFi, Bluetooth technology, to make real-time content decisions about what to display on screen and when to be most relevant to the audience. At the same time, it provides intelligence on system performance back to the monitoring agent and sends out immediate failure notification in order to maximize uptime.

### Display

Barco provides a variety of display hardware – LED, LCD, and projection – which can be pre-programmed with content and controlled remotely. Barco can extend its coverage over people's own mobile devices, by providing dedicated mobile channels or allow mobile apps to pick into IDN's databases. Touch screens or personal mobile devices enable customers to interact with displays in real time to personalize their user experience while transparently providing information to retailers.

### Network

The network transports customer data to the retailer and pushes customized content to the consumer based on interactivity and stored data. The system is centrally managed to continually improve performance and ensure that all content is available in the cloud to be displayed at any time, any where. Despite transportation information, the network compound truly connects and engages people with content, which is the ultimate goal of brands and advertisers. On top of this, it also connects the offline world (conventional branding and advertising) to online, supporting the generic trend of the "Internet of Things."

# The four pillars of a heightened customer experience

By harnessing the functionality of our IDN, we can optimize the customer experience to increase sales, boost repeat business and build brand loyalty according to four pillars:

1. Excite & engage

   Customers can truly experience content in a meaningful, personalized way through a premium visual experience, thanks to our display technology's high brightness and contrast, which enliven images and add "pop" to advertising messages.

2. Interact & participate

Audiences can interact with the digital signage, actively and passively determining the content of their experience via their input, capturing content from their personalized encounter to take away, share via social media, or act on it by making a purchase.

3. Inform & guide

    By learning about customers in real-time, the displays provide relevant information to the consumer, increasing their attention span and adding insight to their buying decision. A variety of content such as menus, train schedules, shopping mall layout, and public media assets such as weather forecasts, news reports and more, can be provided intuitively on demand.

4. Advertise & promote

    The retailer has an arsenal of data to better communicate with the audience, conveying the right message, at the right time, at the right location, to the right audience to maximize relevance.

## Managing behind the scenes

On the back end, audience measurement data captured by the IDN can be used to adapt merchandising practices to the clientele, predict turnover and drive business decisions to improve store performance. Our HTML.5 X2O software platform enables content scheduling, asset management, activity monitoring and reporting via information channels. The network software also reports on display performance, notifying operators of problems as they occur.

### Press releases

**15 February 2017**

Barco presents new-style 2016 Annual Report
Read more »

**10 January 2017**

Barco toasts to another year of fresh technological innovation at ISE 2017

[Read more »](#)

**11 August 2016**

Barco continues to grow visualization technology footprint in Brazil with strong local support

[Read more »](#)

**19 July 2016**

Carl Peeters, CFO, to leave Barco; Ann Desender appointed as new CFO

[Read more »](#)

**10 June 2016**

Barco acquires Canadian, MTT Innovation Inc.

[Read more »](#)

**08 June 2016**

Barco's new real-time data analytics platform enables retailers and advertisers to increase campaign effectiveness

[Read more »](#)

**06 June 2016**

Barco's revolutionary LED digital media canvas offers more creative freedom

[Read more »](#)

**31 May 2016**

Barco ProAV business and entertainment solutions create, connect and captivate a new generation

Read more »

**27 May 2016**

Barco officially inaugurates its brand-new 'One Campus' in Kortrijk

Read more »

**28 April 2016**

Barco announces Jan De Witte as CEO-Designate

Read more »

**11 April 2016**

Barco Lobby Experience transforms Regal L.A. LIVE into immersive cinema environment to heighten the moviegoing experience

Read more »

**06 April 2016**

Barco Lobby Experience at ShowBiz Cinemas wins Bronze APEX Award at Digital Signage Expo

Read more »

**05 April 2016**

Barco delivers the future of cinema today, showcasing its CinemaBarco solutions at CinemaCon 2016

Read more »

**02 March 2016**

Barco drives customer engagement with latest interactive retail and cinema lobby digital signage innovations on display at DSE 2016

Read more »

**09 February 2016**

Barco sets the standard at 13,000 lumens with the world's smallest and lightest 4K laser phosphor projector

Read more »

**12 January 2016**

Barco and MaxMedia deliver a connected customer experience with retail innovations on display at NRF 2016

Read more »

**30 October 2015**

'StarSquare' iconic water tower got digital makeover, powered by Barco LED solutions

Read more »

**11 June 2015**

Barco projection brings Anheuser-Busch "Oculto" campaign to life with stunning pixel mapping show in Miami

Read more »

**10 June 2015**

Barco showcases solutions aimed at "Connecting Worlds" at InfoComm 2015

Read more »

**25 February 2015**

Playhouse Square revitalizes theater district with Barco outdoor advertising kiosks and LED displays

Read more »

Privacy policy  |  © 2017, Barco. All rights reserved.

## Products

- Displays, monitors & workstations
- Projectors
- LED displays
- Visual display systems
- Video walls
- Networked solutions
- Image processing
- AV streaming
- Digital signage
- Presentation & collaboration
- 3D sound
- Software
- Services

## Training & Support

- Support
- Training

## Markets

- Cinema
- Control rooms
- Corporate
- Healthcare
- Meeting room & boardroom
- Retail & advertising
- Security & transportation
- Simulation
- Venues & attractions

## About Barco

- About Barco
- Worldwide presence
- Sustainability
- Jobs
- Investors

## Nearly New Barco

- Browse Nearly New Barco Catalogue

## Contact us

- Contact
- Regional offices
- Where To Buy

### Your local office

**Barco, Inc.**
3059 Premiere Parkway Suite 400
Duluth, GA 30097
United States

📍 Locate on a map

**Barco, Inc.**
3078 Prospect Park Drive
Rancho Cordova, CA 95670
United States

📍 Locate on a map

## Join us on

    

### Latest news

**28 Feb 2017**
No more hassle, schedule automatic Firmware updates for ClickShare

more news »

### Upcoming events

**ECR 2017**
01 Mar 2017 - 05 Mar 2017
Bruno Kreisky-Platz 1 - AUSTRIA

more events »

### Subscribe to our newsletters

[Subscribe]

