# EXHIBIT E

Case: 1:16-cv-06938 Document #: 50-5 Filed: 03/01/17 Page 2 of 6 PageID #:751

myBarco log in  |  New to myBarco?   🌐 English / United States

# BARCO
Visibly yours

Investors  |  Sustainability  |  Jobs

Markets & solutions | Products | News | Support & training | Contact | About Barco | Partners

Home > StaticPages > DigitalCinema > Welcome to CinemaBarco > Lobby enchantment



## Related products

- LED displays
- Large venue projectors






THE APPLAUSE

### Latest customer story

- Real-time visual communications platform

LOBBY ENCHANTMENT | THE PRELUDE | THE BIG SHOW | BEHIND THE CURTAIN

Digitally transform your theater lobby to deliver the magic of sight, sound and social media. Immerse your audiences in the magic of movies, stories and images. Barco's Lobby Domination solutions turn your lobby into an entertainment experience that captivates, informs, and engages.



28 February 2017

How Barco helped celebrate the opening of 'the Venice of the UAE'!

More customer stories »



Create an experience that is unique to your cinema while providing opportunities to **gain customer intimacy** through social media. Even

more importantly, interact directly with your customers' smart phones by offering **purchase opportunities** (advanced tickets, souvenirs, gift certificates, etc.) throughout your lobby.

# Entertain from the first minute

The show starts as your customers enter the theater lobby.  Sights and sounds transform the entire area into a magical environment, promoting an upcoming movie title - choreographed movie characters take over the lobby and surround your guests while large format trailers dominate the lobby for a unique immersive experience.  This unique form of entertainment **increases dwell time** and **encourages moviegoers to come early** for this 'show before the show'.  Moviegoers can follow the trailers with promotions of your loyalty programs, concessions, premium experiences – the options are limitless to infuse and **reinforce your brand** and messaging within Barco's Lobby Domination.

# Tuned to your needs

Barco's Lobby Domination solutions are built around Barco's powerful X2O technology. This platform was designed to easily support the creation and distribution of entertaining information and easily supports as many types of digital signs as you can imagine. Barco's highly trained sales force will work directly with you to **design the lobby you want**. Whether you want to transform a small lobby with a digital signage refresh or you want to design a showplace incorporating elements from Barco's events line (lighting packages, pixel mapping, LED's, etc.) Barco's Lobby Domination team will work with you to design your perfect layout.

# Captivating content

Barco has the same commitment to quality and customer satisfaction when it comes to your lobby content. We are working directly with

Case: 1:16-cv-06938 Document #: 50-5 Filed: 03/01/17 Page 5 of 6 PageID #:754

Hollywood studios to have access to movies assets for you to use in your lobby. With **three different content packages**, there is a solution that fits any budget.

## Full solution

While there are many digital signage companies out there, Barco's Lobby Domination is the only one that offers a complete solution designed specifically for the cinema.

- Hardware including monitors of all sizes, projectors, LED and lighting solutions
- Media players to run and coordinate all of the hardware
- X2O software designed to make it easy to manage lobby specific content
- Full integration services for POS and other existing networked hardware and systems
- Movie assets provided directly by studios
- Content creation and services to customize each lobby

Get in touch     Continue to The prelude »

Privacy policy  |  © 2017, Barco. All rights reserved.

### Products
Displays, monitors & workstations
Projectors
LED displays

### Markets
Cinema
Control rooms
Corporate
Healthcare

### Contact us
Contact
Regional offices
Where To Buy

### Join us on

### Latest news

| Visual display systems | Meeting room & boardroom | **Your local office** | 28 Feb 2017 |
| Video walls | Retail & advertising | | No more hassle, schedule automatic Firmware updates for ClickShare |
| Networked solutions | Security & transportation | **Barco, Inc.** | |
| Image processing | Simulation | 3059 Premiere Parkway Suite 400 | |
| AV streaming | Venues & attractions | Duluth, GA 30097 | |
| Digital signage | | United States | more news » |
| Presentation & collaboration | **About Barco** | ◉ Locate on a map | **Upcoming events** |
| 3D sound | About Barco | | ECR 2017 |
| Software | Worldwide presence | **Barco, Inc.** | 01 Mar 2017 - 05 Mar 2017 |
| Services | Sustainability | 3078 Prospect Park Drive | Bruno Kreisky-Platz 1 - AUSTRIA |
| | Jobs | Rancho Cordova, CA 95670 | more events » |
| **Training & Support** | Investors | United States | |
| Support | | ◉ Locate on a map | **Subscribe to our newsletters** |
| Training | **Nearly New Barco** | | |
| | Browse Nearly New Barco Catalogue | | Subscribe |







